# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNESTO MONELL, JR.,** | : | Civil No. 3:19-cv-2059 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

AND NOW, to wit, this 29th day of January 2020, upon consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**